UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE DEE DAVIS, | CV F- 02-6127 REC DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| AUGUSTINE C. MEKKAM, et. al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights third amended complaint filed on June 18, 2003. The third amended complaint appears to state a cognizable claim for relief against the named defendants for deliberate indifference to a serious medical need in violation of the Eighth Amendment and state law negligence. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Augustine Mekkam, Sampeth Suryadevara, Dr. Ojud and Dr. Roy.

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed June 18, 2003.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

1   attached Notice of Submission of Documents and submit the completed Notice to the
2   Court with the following documents:
3       a.    Completed summons;
4       b.    One completed USM-285 form for each defendant listed above; and
5       c.    Five (5) copies of the endorsed third amended complaint filed June 18, 2003.
6   4.    Plaintiff need not attempt service on Defendants and need not request waiver of
7   service.  Upon receipt of the above-described documents, the court will direct the
8   United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9   of Civil Procedure 4 without payment of costs.
10  5.    <u>The failure to comply with this Order will result in a Recommendation that this action</u>
11  <u>be dismissed.</u>
12  IT IS SO ORDERED.
13  **Dated:**   **May 1, 2006**           /s/ **Dennis L. Beck**

3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE